[No. 42609-5-I.    Division One.    October 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DANIEL
FUNCHES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-04264-8, Linda Lau, J., entered April 30,
1998. *Affirmed* by unpublished opinion per Baker, J.,
concurred in by Becker and Cox, JJ.

[No. 42797-1-I.    Division One.    October 25, 1999.]

DITTY PROPERTIES LIMITED PARTNERSHIP, *Respondent*, v.
LEONARD EDWARD VAINIO, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-28229-4, Michael Trickey, J., entered May
6, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42888-8-I.    Division One.    October 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY JAMES
GREER III, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 98-1-00573-9, Gerald L. Knight, J.,
entered June 11, 1998. *Affirmed* by unpublished per curiam
opinion.

[No. 42933-7-I.    Division One.    October 25, 1999.]

*In the Matter of the Estate of* PATRICIA JEAN RICHARDSON.

EARL N. RICHARDSON, *Appellant*, v. CHRISTINE TOLSMA, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 97-4-00731-9, Ronald L. Castleberry,
J., entered May 28, 1998. *Affirmed* by unpublished opinion
per Becker, J., concurred in by Kennedy, C.J., and Grosse, J.